THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK E. WALKER, Appellant.

Submitted May 23, 2011; decided June 2, 2011

Motion for assignment of counsel granted and James S. Hinman, Esq., 16 East Main Street, Suite 260, Rochester, New

York 14614 assigned as counsel to the appellant on the appeal herein.